Geri Lynn Green (SBN 127709)
LAW OFFICES OF GERI LYNN GREEN, LC
700 Montgomery Street
San Francisco, CA 94111

5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2175
Telephone: (415) 575-3235
Facsimile:  (415) 648-7648
E-mail: gerigreen@earthlink.net

Attorney for Plaintiff
MARTIN ROBERTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ROBERTS,<br><br>Defendant. | **Case No.:  No. CR 06-00189 SBA**<br><br>**STIPULATION FOR PRE-PLEA PROBATION REPORT; ORDER** |

The parties are currently involved in settlement discussions. The defendant's criminal history is unclear and confusing creating difficulty in advising him as to his potential exposure resulting from any guilty plea or, alternatively, conviction after jury trial. Accordingly, the parties have agreed to request that the Court authorize a pre-plea pre-sentence report, on the issue of criminal history alone.

STIPULATION FOR PRE-PLEA PROBATION REPORT; ORDER
No. CR 06-00189 SBA

Respectfully submitted and stipulated,

Dated: May 21, 2007           /s/ _____
                              Geri Lynn Green
                              Attorney for Defendant
                              Martin Roberts

Dated: May 21 , 2007          /s/ _____
                              Garth Hire
                              Asst. U.S. Attorney

IT IS SO ORDERED:
Dated:
      5/29/07                 _____
                              SAUNDRA B. ARMSTRONG
                              U.S. DISTRICT COURT JUDGE

STIPULATION FOR PRE-PLEA PROBATION REPORT; ORDER
No. CR 06-00189 SBA                                                          2