JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00189 SBA |
| Plaintiff, | STIPULATION TO SCHEDULE HEARING FOR CHANGE OF PLEA AND SENTENCING; ORDER EXCLUDING TIME |
| v. | |
| MARTIN EUGENE ROBERTS, | |
| Defendant. | |

1

Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

1. The government and defendant Martin Eugene Roberts have reached negotiated dispositions in which defendant would plead guilty pursuant to a binding plea agreement.

2. Accordingly, the parties hereby submit the proposed plea agreement, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

    (a) That the parties have submitted a plea agreement for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C); and

    (b) that a hearing for change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on April 29, 2008, for defendant Martin Eugene Roberts; and that the time period from January 11, 2008, through April 29, 2008, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

IT IS SO STIPULATED.

DATE: January 11, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          _____/s/[1]_____
                                          GARTH HIRE
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA


DATE: January 11, 2008                    _____/s/_____
                                          GERI LYNN GREEN, ESQ.

                                          Counsel for Martin Eugene Roberts

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on April 29, 2008, for defendant Martin Eugene Roberts. Time is excluded for purposes of the Speedy Trial Act from January 11, 2008, through the hearing date of April 29, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

2. The presently scheduled status conference in this matter for Tuesday, January 15, 2008, at 9 a.m., is vacated as to defendant Martin Eugene Roberts.

4. The United States Probation Office is ordered to prepare a Presentence Report for defendant Martin Eugene Roberts.

DATED: 1/14/08

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE