MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                  )<br>           Plaintiff,      )<br>                                  )<br>  v.                             )<br>                                  )<br>MARTIN ROBERTS,       )<br>                                  )<br>           Defendant.   )<br>_____) | No. CR 06-00189 SBA<br><br>STIPULATION AND<br>ORDER TO SET FINAL DISPOSITION<br>AND SENTENCING OF<br>SUPERVISED RELEASE VIOLATION<br>ON DECEMBER 14, 2012 |

    The above-captioned matter was previously set on November 28, 2012 before U.S. Senior District Judge Saundra Brown Armstrong for a violation of supervised release hearing.  The parties request that this Court set this matter for final disposition and sentencing on December 14, 2012 at 3:00 p.m.  Such continuance is required because defense counsel is no longer available the week of November 26, 2012.

//

//

STIPULATION
CR 06-00189 SBA

1

As such, the parties respectfully request that the matter be set for December 14, 2012 at 3:00 p.m.

DATED: November 27, 2012           Respectfully submitted,

                                                MELINDA HAAG
United States Attorney

*/s/ Rodney C. Villazor*
RODNEY C. VILLAZOR
Assistant United States Attorney

*/s/ Geri Lynn Green*
GERI LYNN GREEN
Attorney for Martin Roberts

## ORDER

Based on the reason provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the hearing is continued until December 14, 2012 at 3:00 p.m. before the District Court.

**IT IS SO ORDERED.**

DATED:11/28/12

                                                SAUNDRA BROWN ARMSTRONG
United States Senior District Judge

STIPULATION
CR 06-00189 SBA