MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00189 SBA |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO SET VIOLATION OF SUPERVISED RELEASE HEARING AND SENTENCING OF SUPERVISED RELEASE VIOLATION ON DECEMBER 17, 2012 |
| MARTIN ROBERTS, ) | |
|     Defendant. ) | |

     The above-captioned matter was previously set on December 14, 2012 before U.S. Senior District Judge Saundra Brown Armstrong for a final disposition and sentencing for a violation of supervised release.  The parties request that this Court set this matter for a violation of supervised release hearing and sentencing on December 17, 2012 at 3:00 p.m.

//

//

//

STIPULATION
CR 06-00189 SBA

1

As such, the parties respectfully request that the matter be set for December 17, 2012 at 3:00 p.m.

DATED: December 12, 2012     Respectfully submitted,

MELINDA HAAG
United States Attorney

  /s/ *Rodney C. Villazor*
RODNEY C. VILLAZOR
Assistant United States Attorney

  /s/ *Geri Lynn Green*
GERI LYNN GREEN
Attorney for Martin Roberts

## ORDER

Based on the reason provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the hearing is continued until December 17, 2012 at 3:00 p.m. before the District Court.

**IT IS SO ORDERED.**

DATED:12/13/12

SAUNDRA BROWN ARMSTRONG
United States Senior District Judge

STIPULATION
CR 06-00189 SBA

2